EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.*
NARCISO GÓMEZ, acusado y apelante.

No. 4886 *

OPINIÓN DISIDENTE DEL JUEZ ASOCIADO SEÑOR WOLF

En este caso el acusado admitió claramente haber dado muerte al interfecto. Por tanto, a menos que la prueba ofrecida por el pueblo demostrara alguna justificación él estaba obligado a presentar prueba tendente a demostrar la defensa propia de que habla la opinión de la mayoría. Después de eso, desde luego, el jurado no debió haber condenado si tenía duda razonable sobre la culpabilidad de Gómez. Sin embargo, el jurado no estaba obligado a creer las manifestaciones del acusado. Dicho cuerpo legal tenía entero derecho a creer que la prueba no demostraba que el apelante actuó en defensa propia. La cuestión de duda razonable incumbía al jurado y no a las cortes. *Pueblo v. Colón*, 42 D. P.R. 53. Las instrucciones no han sido atacadas y no puedo ver por qué el jurado no tenía perfecto derecho a rendir un veredicto de homicidio voluntario, tal cual lo hizo. De los hechos de este caso me es imposible llegar a la conclusión de que el jurado debió tener duda razonable. El pueblo presentó un caso prima facie de culpabilidad bajo el artículo 236 del Código de Enjuiciamiento Criminal o bajo algún otro precepto. Ese artículo a mi juicio no quedaría convertido en letra muerta si la sentencia de la corte inferior hubiera sido confirmada.

Estoy autorizado para decir que el Juez Asociado Sr. Aldrey está conforme con este voto disidente.

---

* NOTA: Véase la opinión de la mayoría en la página 340.